UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | |
| TYRONE HYMAN , | **Crim. Action No. 03-126** |
| Defendant. | |

## ORDER

This matter comes before the Court upon the receipt of a Report and Recommendation dated April 4, 2011, from Magistrate Judge Alan Kay, that recommends revoking Defendant's supervised release. No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this _25_ day of April, 2011,

**ORDERED** that the Report and Recommendation is hereby ADOPTED; it is

**FURTHER ORDERED** that the supervised release is revoked; and it is

**FURTHER ORDERED** that the case is hereby scheduled for Re-sentencing on Thursday, April 28, 2011, at 10:00 a.m. in Courtroom 28A, Annex.

COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:

Dani Jahn, AFPD
Angela George, AUSA
Van Hoang, US Probation Officer
Magistrate Alan Kay